**Order entered September 5, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01124-CV
## No. 05-14-01125-CV

**IN RE CRAIG WATKINS, CRIMINAL DISTRICT ATTORNEY OF DALLAS COUNTY, TEXAS, Relator**

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-00257-V**
**Trial Court Cause No. F13-54696-V**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as unnecessary relator's motion for leave to file his petition for writ of mandamus. TEX. R. APP. P. 52.1. We **DENY** as moot relator's motion for temporary relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/      DOUGLAS S. LANG
            JUSTICE